**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------

**GRANVILLE BOST**

                                         **Plaintiff,**

      **-v.-**

                                   **Civil Action No.**
                                 **9:04-cv-246 (GLS/DEP)**

**J. RICHARD BOCKELMANN, Ulster County**
**Sheriff, et al.**

                                        **Defendants.**
-----------------------------------------------------------------------------

**APPEARANCES:**

**GRANVILLE BOST**
**Plaintiff Pro Se**
**04-A-5780**
**Collins Correctional Facility**
**P.O. Box 340**
**Collins, NY 14034-0340**

**FOR DEFENDANTS:**

| | |
|---|---|
| **MAYNARD, O'CONNOR LAW FIRM**<br>Route 9W<br>P.O. Box 180<br>Saugerties, NY 12477 | **MICHAEL CATALINOTTO, ESQ.** |
| **KIMPEL, GIDEON LAW FIRM**<br>1801 Burnet Avenue<br>Syracuse, NY 13206 | **MARK A. VENTRONE, ESQ.** |
| **O'CONNOR, O'CONNOR LAW FIRM**<br>20 Corporate Woods Boulevard<br>Albany, NY 12211 | **MICHELE M. MONSERRATE, ESQ.** |

**GARY L. SHARPE,**
**U.S. DISTRICT JUDGE**

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David E. Peebles duly filed on July 12, 2005.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David E. Peebles filed July 12, 2005 is ACCEPTED in its entirety for the reasons stated therein, and it is further

ORDERED, that the motion of defendant Dorothy Zimmer to dismiss plaintiff's claims against her based upon lack of personal jurisdiction (Dkt. No. 39) is DENIED, with leave to renew after plaintiff has had a reasonable opportunity to conduct discovery on the issue of personal jurisdiction.

IT IS SO ORDERED

Dated:   August 10, 2005
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge